## Exhibit A to the Complaint

Case No.  3:21-CV-02496

**Location:** Irving, TX

**Total Works Infringed:** 25

**IP Address:** 75.17.246.163

**ISP:**  AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B80915A341F387D74DFBE23C7C12775FE0A91503<br>File Hash: 67DD04CB6C4AF17B9E5B9BC957E5665D5A61670C11409B157DE8A872CB4BDD64 | 08-29-2021 20:13:13 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 2 | Info Hash: 1F373E5240DFAE68609CB028CD106C5FA37FF090<br>File Hash: D4A58C997898603E58DFB6138667C0B3F05A0E3646DC7857CE55A3E8C403AE92 | 08-02-2021 00:33:49 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 3 | Info Hash: 4C4D277A40036C190CCFDDDF8B76E243D25F6D37<br>File Hash: 4EB9FCBEBC376A05C29B4F19D8073EB83169AC9893DBF6B4C8555D270A41F5F8 | 07-03-2021 23:14:39 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 4 | Info Hash: 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658<br>File Hash: EE61A84D0A948253FD2F89A37ADDACF7AEC34DAB37A805E22DB0402EB300FC11 | 06-14-2021 18:51:10 | Blacked | 03-01-2018 | 04-12-2018 | PA0002091580 |
| 5 | Info Hash: 0146183B348FF79426BF8CB44C83DF7C98526585<br>File Hash: D2A14C9B3227E4A4B1815A18E02EB1FF7428574E2604DF93DDA9C74A0B8F7ECF | 06-14-2021 18:48:29 | Blacked Raw | 08-05-2019 | 08-27-2019 | PA0002213302 |
| 6 | Info Hash: 608B59A89D7D28AFD56B76DFB27B3AB58E47D299<br>File Hash: 20232571BD16DC356323687A03B4D3A01CC2BCF553BC2EBBF55A2B01D0C9BB88 | 06-07-2021 23:24:23 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 7 | Info Hash: 6B71B1E4702BD14803C63B28DCFD344C9A825F87<br>File Hash: DAA458C0C9ED2EE0DED807276CFECC080FFBB5DCE2BBA823D19B2280084881AF | 05-21-2021 19:20:15 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 8 | Info Hash: A95C29B66CDC4230E2478643F8C45740D59EE27C<br>File Hash: FF729736D7C785ECDCF6FD93AA75BE4B55FB5D196AC6562C2E5C17007ED6D206 | 05-16-2021 20:59:41 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 13835534F0E25A22BB5EFAE20476304004ED076A<br>File Hash: 07E7FB0504FBC0F7C2118D41CED7932CF011BE56D58763473B398AEC78EFC1E3 | 04-26-2021 18:34:38 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |
| 10 | Info Hash: 245E7595EAF9BD032DBBCC7121C46D91F6011AA6<br>File Hash: E17E601B8258A8F7991ADA885BCBB266011A675682891A8EAA4F6C844B0E217D | 10-06-2020 03:21:14 | Tushy | 06-05-2018 | 07-14-2018 | PA0002128384 |
| 11 | Info Hash: D8D7AA43D1F211B5C0E6AB6C3FA34FB34CB16036<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 10-06-2020 01:19:32 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 12 | Info Hash: 1D40D2F4C8ABDEDAE37F420DB83EA3292C19945F<br>File Hash: BE411066F439186D926133B7354D9384F60BC1C6F984C37A97F708E0C850D68E | 10-06-2020 01:09:05 | Tushy | 03-17-2018 | 04-17-2018 | PA0002116750 |
| 13 | Info Hash: 005A3E38A51840E0ADABBF53A81814AFD8EB888C<br>File Hash: 15BFF112DD3B7BFD0A4133EA0D2B12DEEAEF6DACEDA285E2013F96AEE3ED26CB | 10-02-2020 22:53:23 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |
| 14 | Info Hash: 21145D933526DDF53F5C53FA97B8A06291AFD97E<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 10-02-2020 22:00:59 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 15 | Info Hash: 3980A4AF24D9D9C39149DE5FFD2049E2574E8F68<br>File Hash: 6539C265D26F77A3A6B181568F0521172A9CAF10874D69E6F2F846992747DCF2 | 10-02-2020 21:44:36 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |
| 16 | Info Hash: E1311229A18FB034672FC95E5544FEECF0B24A52<br>File Hash: 6EE407D1A68D765A8DEC952E2354DA68B604BE67B56AC4F10642FCF1645F40F2 | 10-02-2020 21:20:32 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 17 | Info Hash: CB745732F55B9F262BCA95C0BFA4245ED9A3E461<br>File Hash: 50C74289910D27A0DEBCB67A18B6750408F41E5484644008B61EB4F4CA534008 | 10-02-2020 21:06:45 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 35536B7D6E7A70356A25BA349FB8664E2AEEE132<br>File Hash: FF7B11466C090855FF47C876143A81543CA0B078139B5E40A1D454E31F805BA7 | 10-02-2020 20:52:30 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 19 | Info Hash: 0CE9BA50E65017394BAEBB712C8F57D69B5F3DBF<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 08-15-2020 21:59:51 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 20 | Info Hash: 271417C67AF2A68573034295F75E7F1CF9393C5D<br>File Hash: 39969D47D65DC6B0386E605E1BE7EDA6CE3585AA481139C3C7AD6BDD8ECA3CF3 | 06-08-2020 00:38:30 | Tushy | 06-07-2020 | 06-25-2020 | PA0002255506 |
| 21 | Info Hash: DCBA4482AA0E3DE1A86A7A7EE627174922AC90C8<br>File Hash: 4A913F993E727CC335075C28C6B54C406A703589D61ED617038801681737CE43 | 05-02-2020 23:27:38 | Blacked | 05-02-2020 | 05-19-2020 | PA0002241471 |
| 22 | Info Hash: 727F6E19B5AC2BC3690A251B3B14906538E75F26<br>File Hash: AC067B423E8001E8AC59177BEBD99B75AC307FF3FC3A8B8DE092C543AE055B29 | 04-28-2020 16:29:48 | Blacked | 02-09-2020 | 03-18-2020 | PA0002241446 |
| 23 | Info Hash: AC6471AC84DF0CEC5AFFD6460196636BE9717671<br>File Hash: E9227E09DCAC48A10D2C333D5AFF0FE82E70CE2BAA680547C3B528FFC5BC7375 | 12-23-2019 23:48:24 | Tushy | 12-22-2019 | 01-22-2020 | PA0002234863 |
| 24 | Info Hash: DBA76F8F0AE2FB02888AB0E5B1198A8568958209<br>File Hash: 68A67F46FB1E1CFE391214DAE5D0304A2436100531151112AB5856FC17240CDF | 11-27-2019 00:27:53 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 25 | Info Hash: 89047CEB66EF312B6E73282883F9CF10F8BFA77B<br>File Hash: 1B470AFFB7BF459EE95FEC985D8EF40364FA790362F7C259BA48CC55F111B858 | 08-23-2019 03:07:45 | Blacked Raw | 03-03-2019 | 04-17-2019 | PA0002186905 |